[No. 68675-5-I.   Division One.   November 4, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. EBRIMA SUSOHOR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05406-8, Andrea A. Darvas, J., entered March 30, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Appelwick and Spearman, JJ.

[No. 68744-1-I.   Division One.   November 4, 2013.]

KATHIE COSTANICH, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-39817-7, Jay V. White, J., entered April 13, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Spearman, A.C.J., and Becker, J.

[No. 68933-9-I.   Division One.   November 4, 2013.]

*In the Matter of the Marriage of* MICHELLE HUGHES, *Respondent*, and ROBERT HUGHES, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 11-3-00079-2, Susan K. Cook, J., entered June 1, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.

[No. 69255-1-I.   Division One.   November 4, 2013.]

WEST COAST, INC., *Appellant*, v. CAMANO CO-OPERATIVE WATER AND POWER COMPANY, *Respondent*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated March 17, 2014. Subsititute opinion filed. See 180 Wn. App. 1001.